FILED: October 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1777
(1:21-cv-01367-MSN-WEF)

_____

COURTNEY GRAVES, Esq.

       Plaintiff – Appellant

v.

FOULGER-PRATT COMPANIES, LLC; FOULGER-PRATT RESIDENTIAL, LLC, c/o Foulger-Pratt Companies, LLC; FOULGER-PRATT MANAGEMENT, LLC, c/o Foulger-Pratt Companies, LLC; FOULGER-PRATT DEVELOPMENT, LLC, c/o Foulger-Pratt Companies, LLC; FOULGER-PRATT CONTRACTING, LLC, c/o Foulger-Pratt Companies, LLC; THORNTON RESIDENTIAL HOLDINGS TITLE HOLDER, LLC, c/o Foulger-Pratt Companies, LLC; THORNTON RESIDENTIAL HOLDINGS, LLC, c/o Foulger-Pratt Companies, LLC; FP ALEXANDRIA, LLC, c/o Foulger-Pratt Companies, LLC; SREIT THORNTON AT ALEXANDRIA, LLC; ENVIRONMENTAL SOLUTIONS INC.; PROGRESS ENVIRONMENTAL, LLC; COMPLIANCE ENVIRONMENTAL INTERNATIONAL, INC.; R. CHRISTOPHER GOODWIN & ASSOCIATES, INC.; ROBERT J. ROBERTSON, trading as Apartment Restorers, d/b/a Apartment Restorers, LLC; TOMAS MANOSALVA, Solely in his personal capacity; TAM GENERAL CONTRACTING, LLC; CITY OF ALEXANDRIA; ALEXANDRIA OFFICE OF HOUSING, c/o City of Alexandria; OFFICE OF HISTORIC ALEXANDRIA ALEXANDRIA ARCHAELOGY, c/o City of Alexandria; DEPARTMENT OF CODE ADMINISTRATION, c/o City of Alexandria; BOARD OF ARCHITECTURAL REVIEW, c/o City of Alexandria; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; HUNTER WARFIELD, INC., c/o Ray Sherbill, c/o David Kay; OFFIT KURMAN, PA; APARTMENT RESTORERS, LLC

       Defendants - Appellees

_____

# J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK